# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| IMELDA APARICIO, on behalf of herself and all others similarly situated,<br>Plaintiff,<br><br>vs.<br><br>SYSTEMATIC NATIONAL COLLECTIONS INC.,<br>Defendant | Case No.<br><br>2:18-cv-00933-FMO (RAOx)<br><br>**ORDER ON STIPULATION [18]** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety, with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this 14th day of August, 2018.

　　　　　　　　　　　　/s/   Fernando M. Olguin         .
　　　　　　　　　　　　　　　U.S. District Judge